**FILED**
February 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>            Plaintiff,                        )<br>v.                                                     )<br>                                                          )<br>Tori Michelle Stohlman,                )<br>                                                          )<br>            Defendant.                     ) | Case No. 2:08-cr-50 LKK<br><br>ORDER FOR RELEASE<br>~~OF PERSON IN CUSTODY~~ |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct ~~you to~~ *her* release  Tori Michelle Stohlman  Case  2:08-cr-50 LKK  ~~from custody~~ subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $50,000, to be secured by real property within 14 days.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on  2/4/08  at  2:35 p.m.

By  _____
Kimberly J. Mueller,
United States Magistrate Judge